IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:11CR26 |
| vs. | |
| OCTAVION RICHARDSON, | ORDER |
| Defendant. | |

Defendant Octavion Richardson appeared before the court on July 24, 2015 on a Petition for Warrant or Summons for Offender Under Supervision [77]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan, and the United States was represented by Assistant U.S. Attorney Meredith B. Tyrakoski. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

IT IS ORDERED:

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on September 17, 2015 at 10:00 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 27th day of July, 2015

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge